POWERS, KIRN & ASSOCIATES, LLC
By:  Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br> Barbara Ann Bady <br><br>                                 Debtor | Chapter 13 Proceeding <br><br> 16-18690 AMC |
|---|---|
| Sun West Mortgage Company, Inc. <br>                                 Movant <br> v. <br><br> Barbara Ann Bady <br> William C. Miller, Esquire <br><br>                                 Respondents | |

## STIPULATION IN SETTLEMENT OF
## MOTION FOR PROSPECTIVE IN-REM RELIEF FROM THE AUTOMATIC STAY

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Prospective IN-REM Relief from the Automatic Stay filed by Jill Manuel-Coughlin, Esquire on behalf of secured creditor, Sun West Mortgage Company, Inc. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 318 Rices Mill Road, Wyncote, PA 19095, mortgage account ending with 1200.

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and Movant, agree to the following:

    (a) Debtor shall remain current on all payments for taxes and/or insurance as they come due, in accordance with the terms of the Note & Reverse Mortgage.

    (b) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

    (c) All payments from Debtor to Movant shall be in the form of certified funds. Post-petition payments should be sent to Sun West Mortgage Company, Inc., 18000 Studebaker Road, Suite 200, Cerritos, CA 90703.

    (d) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the contract and applicable law.

(e) The Debtor shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, or if the case should convert to a Chapter 7 Bankruptcy, Movant may provide the Debtor and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant Prospective In-Rem Relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the In-Rem Relief Order is immediately effective and enforceable and *no further Bankruptcy filings shall place an Automatic Stay on the mortgaged property.*

(f) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____  /s/ Jill Manuel-Coughlin, Esquire
Brad J. Sadek, Esquire             Jill Manuel-Coughlin, Esquire
Attorney for Debtor                Attorney for Movant
Date: 2/3/17                       Date:

_____
William C. Miller, Esquire
Trustee
Date:

On this ___ day of _____, 2017, approved by the Court.

_____
United States Bankruptcy Judge
Ashely M. Chan