To The Trustee,

I am writing you in reference to my case number 16-18690. I feel there is a discrepancy in the amount owed to the trustee. Some payments appear to be missing. Please send a printout of the payments made from January 2019 to April 2019.

My lawyer said the payment was 1,237.00 I thought it was 1,137.00. Who is correct.

I will send in payment on 5/27/2019 Let me know the total arrears. Will clear up by 6/5/2019

Also, my agreement with the Mortage Company which was added to The Bankruptcy is overbearing - some relative who live with us said he would help pay it, then he backed out, leaving us with the payment which is to expensive without his support.

I need to modify the plan. I want to pay all of this off as it is a tremendous burden. We are half-way through the process only 2 years and six months to go.

Could I have a realistic plan. I want to pay the mortage company. I am not trying to deceive or skip my responsibility.

I am going to try and honor the plan this month, or as much as I can.

Is there a way to auto-debit the trustee money per month; it would make it easier on myself and the bank could keep the records.

P.S I wrote my Lawyer, but he insisted on his plan, which is too expensive at this point. I will present a budget to you shortly. This week. To show where the payments would come from.

Sincerely yours
Barbara Boday
5/20/2019.
Awaiting your Swift Reply.